Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−15504−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Albert Abreu
362 Central Ave
East Rutherford, NJ 07073

Josephine S. Abreu
aka Josephine P Abreu
362 Central Ave
East Rutherford, NJ 07073

Social Security No.:
  xxx−xx−5129
  xxx−xx−1533

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 10, 2020

John K. Sherwood
Judge, United States Bankruptcy Court